UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

AMANDA  CASTILLANES,                )
                                    )
                    Plaintiff,      )
                                    )
            v.                      )      No. 1:14-cv-01861-JMS-MJD
                                    )
DFAS-JAAC/IN-SGLI/PRUDENTIAL LIFE   )
INS. CO.,                           )
                                    )
                    Defendant.      )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Defendant's Motion to Dismiss.  The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed.  The Court, having considered the Magistrate Judge's Report and Recommendation, hereby **adopts** the Magistrate Judge's Report and Recommendation. The Defendant's Motion to Dismiss [dkt. 9] is **GRANTED,** and plaintiff's claims are dismissed without prejudice.

Date:  June 3, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

AMANDA CASTILLANES
P.O. BOX 390294
SAN DIEGO, CA 92149

Debra G. Richards
UNITED STATES ATTORNEY'S OFFICE
debra.richards@usdoj.gov